**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nelson Giraldo PALACIO, Defendant—
Appellant.**

**No. 01–50552.
D.C. No. CR–01–00018–VAP–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

## MEMORANDUM**

Nelson Giraldo Palacio appeals from his guilty-plea conviction and 87–month sentence imposed for attempt to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Palacio's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Palacio

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

also has filed a pro se supplemental brief. Our independent review of the parties' briefs and the district court record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Palacio knowingly and voluntarily waived his statutory right to appeal and was sentenced within the terms of the plea agreement. Therefore, we enforce the waiver and dismiss the appeal. *See United States v. Martinez*, 143 F.3d 1266, 1270–72 (9th Cir.1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).[1]

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

---

1. All outstanding motions are denied.

